UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:13-cv-556 |
| S WIRELESS LLC AND ABDUL R. SIDDIQUI, | ) ) ) |
| Defendants. | ) ) |

## ORDER ON PLAINTIFF'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR EXPEDITED DISCOVERY

The Plaintiff's motion for lifting the automatic stay and expediting discovery (Docket No. 9) is **GRANTED**. It is hereby ORDERED that Plaintiff may propound to Defendants the written discovery attached to Plaintiff's motion, and Defendants shall respond thereto, with responsive documents, no later than July 13, 2013. It is further **ORDERED** that Plaintiff is **GRANTED** leave to take the requested depositions and Defendants shall be required to be deposed no later than July 18, 2013.

It is so ORDERED.

Entered this 8th day of July, 2013.

_____
ALETA A. TRAUGER
U.S. District Judge