UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRICKET COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cv-556 |
| | ) | |
| S WIRELESS LLC AND ABDUL R. SIDDIQUI, | ) | Judge Trauger |
| | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO COMPEL
## DEFENDANT'S COUNTERCLAIM TO ARBITRATION

Without waiving any other defenses they might have, Plaintiff Cricket Communications, Inc. ("Cricket") moves this Court to compel arbitration of the Counterclaim filed by Defendants/Counter-Plaintiffs' S Wireless LLC ("S Wireless") and Abdul R. Siddiqui ("Siddiqui") (collectively "Defendants") pursuant to the terms of the Premiere Dealer Agreement ("Dealer Agreement") which mandates arbitration for any claims not for injunctive relief. Cricket is simultaneously submitting a Memorandum of Law in Support, and for the reasons set out in that Memorandum the Court should dismiss the Counterclaim for breach of contract filed by Defendants (contained in Docket No. 13) and refer that claim, and any other claims asserted by Defendants, to arbitration.

WHEREFORE, premises considered, Plaintiff Cricket Communications, Inc. respectfully requests this Court to compel final and binding arbitration of Defendants/Counter-Plaintiffs' claim and to dismiss the Counterclaim in its entirety.

1

Respectfully submitted,

*s/Russell B. Morgan*
Russell B. Morgan (No. 20218)
Joshua J. Phillips (No. 25636)
Joel D. Eckert (No. 025365)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2311

*Attorneys for Plaintiff Cricket Communications, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing on the following via the ECF filing system:

Mohammad Ali Syed
Syed Law Firm, PLLC
4322 Harding Pike
Suite 417
Nashville, TN 37205

on this the 22nd day of July, 2013.

*s/Russell B. Morgan*
Russell B. Morgan