IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**Motion GRANTED.**

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | **Case No. 3:13-cv-00556** |
| ) | **Judge Trauger** |
| v. ) | |
| ) | |
| S WIRELESS LLC and ) | |
| ABDUL R. SIDDIQUI, ) | |
| ) | |
| Defendants. ) | |

___

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**
___

As authorized by Local Rule 83.01(g), Mohammad A. Syed, counsel of record for Abdul R. Siddiqui and S Wireless LLC ("Defendants"), hereby requests that the Court grant him permission to withdraw from representation in the above-styled case. In support of this motion, Mr. Syed certifies to the Court:

- Defendants have informed Mr. Syed that they no longer wish to be represented by Syed Law Firm;
- Defendants have agreed to this motion to withdraw as demonstrated by the signature of Mr. Abdul Siddiqui below;
- Defendants have been advised of the need for replacement counsel and the challenges of pro se representation.

Mr. Syed believes Defendants' legal position will not be jeopardized by this withdrawal. Thus, no party will be prejudiced by Mr. Syed's withdrawal nor will it hinder the efficient prosecution of this case.

1