**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| CRICKET COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0556 |
| | ) | Judge Trauger |
| S WIRELESS LLC, ET AL., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NEXGEN WIRELESS LLC, | ) | |
| | ) | |
| Intervenor. | ) | |

**O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for

August 26, 2013 at 2:30 p.m. is **RESET** for the same day at 4:00 p.m.

It is so **ORDERED**.

ENTER this 21st day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge