IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0556 |
| ) | Judge Trauger |
| S WIRELESS, LLC and ABDUL R. SIDDIQUI, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The plaintiff has filed a Motion to Compel Defendants' Counterclaim to Arbitration (Docket No. 29), to which no timely response has been filed. The motion is **GRANTED**. It is hereby **ORDERED** that the counterclaim filed by defendants S Wireless, LLC and Abdul R. Siddiqui is **DISMISSED WITHOUT PREJUDICE**, and this counterclaim is referred to arbitration as required by the Premier Dealer agreement.

It is so **ORDERED**.

ENTER this 22nd day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge