IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRICKET COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0556 |
| | ) | Judge Trauger |
| S WIRELESS, LLC and ABDUL R. SIDDIQUI, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At the initial case management conference held on August 26, 2013, the parties agreed to an early evidentiary hearing on the issue of whether or not intervenor NexGen Wireless, LLC is bound by the injunction issued in this case. It is therefore **ORDERED** that an evidentiary hearing on this issue will be held on Wednesday, September 25, 2013, at 2:00 p.m. Briefs on this issue will be submitted by September 20, 2013.

It is so **ORDERED**.

ENTER this 27th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge